IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARL BOND,

        Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5503

Opinion filed January 9, 2017.

An appeal from an order of the Circuit Court for Walton County.
David W. Green, Judge.

Carl Bond, pro se, Appellant.

Rana Wallace, General Counsel, Commission on Offender Review, Tallahassee, for
Appellee.

PER CURIAM.

        DISMISSED.

WETHERELL, JAY, and WINSOR, JJ., CONCUR.